170 A.3d 342

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. M.Z.Z., DEFENDANT–PETITIONER.

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003651–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 342

BIANCA KARTERON, PLAINTIFF–PETITIONER, v. NEW JERSEY DEPARTMENT OF HUMAN SERVICES, OFFICE OF LICENSING AND STATE OF NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT, ONE STOP CAREER CENTER, DEFENDANTS–RESPONDENTS.

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000859–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.